UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA,
     Plaintiff-Appellee,

v.                                  CASE NO.   8:04-Cr-289-T-30TBM
                                        APPEAL NO.     04-16712-CC

CARLOS CAICEDO VARGAS,
     Defendant-Appellant.
_____/

## ORDER

Upon consideration of the motion (Dkt. #130) for order certifying that remand for

resentencing is warranted filed by the United States, this Court certifies that resentencing is

warranted and that it is inclined to resentence defendant Carlos Caicedo Vargas, correcting

the error cited by the United States.

     **DONE** and **ORDERED** in Tampa, Florida on September 13, 2005.


_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE


**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2004\04-cr-289.remand order.wpd